### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:10-cr-37-Orl-28DCI

**WILLIAM CICCOTTO**

### ORDER

This case is before the Court on Defendant's Amended Motion to Withdraw and to Appoint Appellate Counsel (Doc. 92). The assigned United States Magistrate Judge has submitted a Report (Doc. 93) recommending that the motion be granted in part and denied in part. The deadline to file objections to the Report has passed, and no objections were filed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 93) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Motion to Withdraw and to Appoint Appellate Counsel (Doc. 92) is **GRANTED in part** and **DENIED in part.**

3. The Motion is granted to the extent that Defendant's lawyer, Brian H. Mallonee, is terminated as counsel in this case and denied in all other respects.

4. The Court **CERTIFIES** that Defendant's appeal is not taken in good faith.

**DONE** and **ORDERED** in Orlando, Florida, on November ~~2~~ December 1, 2020.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
Counsel for Defendant
William Ciccotto