**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.   CASE NO. 6:10-cr-37-JA-DCI

WILLIAM CICCOTTO
_____

### ORDER

Defendant William Ciccotto filed under seal a motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A) along with two attachments. (Doc. 96). The first attachment contained Ciccotto's medical records and his plan for release from prison. (Doc. 96-1). The second attachment was a copy of the envelope he used to mail his motion. (Doc. 96-2). Ciccotto advises that he wishes for only the first attachment containing his medical records to remain under seal. (Doc. 96 at 1).

The Clerk of Court is directed to unseal Ciccotto's motion (Doc. 96) and the second attachment (the copy of the envelope (Doc. 96-2)) and to deliver to the Government, by hand or mail, a hard copy of Ciccotto's first attachment (Doc. 96-1) containing his medical records.

The Government shall file a response to Ciccotto's motion within 28 days from the date of this Order.

**DONE** and **ORDERED** on September 25, 2025.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
United States Attorney
William Ciccotto
Counsel for Defendant